Felix German #T133531
Douglas Derello *T153369
Name and Prisoner/Booking Number

Lower Buckeye Jail (LBJ)
Place of Confinement

3250 W. Lower Buckeye Rd.
Mailing Address

Phoenix, Az 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

MAR 0 4 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Douglas Wayne Derello, and Felix Victor German
(Full Name of Plaintiff)
        Plaintiff,

vs.

(1) Joseph Arpaio, sheriff of Maricopa,
(Full Name of Defendant)

(2) Sgt. Rosales,

(3) Pamela S. Conn,

(4) John/June Doe #1,
        Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. CV-16-00611-PHX-PGR--JFM
_____

(To be supplied by the Clerk)

JURY TRIAL DEMANDED

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Lower Buckeye Jail - Phoenix/4th Ave. Jail Phoenix.

Revised 3/9/07

1

**550/555**

# DEFENDANTS

| | |
|---|---|
| 1 | 5. John / Jane Doe #2 |
| 2 | 6. Jane Doe #CH718 |
| 3 | 7. John Doe #B2682 |
| 4 | 8. John / Jane Doe #2 |
| 5 | 9. Jane Doe #B1929 |
| 6 | 10. unknown John / Jane Does |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | 1-A |

## B. DEFENDANTS

1. Joseph Arpaio, sheriff, Maricopo County.
2. Sgt Rosales, sgt, Lower Buckeye Jail.
3. Pamela S. Conn, NP, 4th Ave Jail (medical)
4. John/Jane Doe #1, Jail commander, Lower Buckeye Jail,
5. John/Jane Doe #2, Jail commander 4th Ave. Jail
6. Jane Doe #CH718, Nurse, 4th Ave Jail (medical).
7. John Doe #Bq682, Detention officer, Lower-Buckeye Jail.
8. John/Jane Doe #2, over education, Lower Buckeye Jail.
9. Jane Doe #B1929, Classification, Lower Buckeye Jail.
10. Unknown John/Jane Does, MCSO Jails

## Previous Suits

I have filed five other suits as a prisoner.

1. Douglas Derello v. Ryan, CV-11-137-TUC-DCB settled.

2. Derello v. Arpaio, CV-13-0081-PHX-PGR settled

3. Derello v. Tenny, CV-02707-PHX-PGR settled

4. Derello v. Ryan, in 90's ? withdrawn

5. Derello v. Ryan, 90's ? think dismissed

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _____ 4ith, 8th+18th Adendmend.

2. **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. Joe Arpaio was the duly-elected sheriff of Maricopa county, acting under color of law, and in charge of the Maricopa county sheriff of Maricopa county.
   2. Sheriff Arpaio is a final policymaker for Maricopa county. Sheriff Arpaio's unconstitutional policies, procedures, and/or customs has led to the violations in this complaint. By which he was aware of or should have known. But he made a diliberate choice to allow the violations to continue.
   3. Sheriff Arpaio has allowed the partishment of pretreal detainees in ad.seg. Simply because their (myself included) are protective custody inmates. That's over seen by Detention officers with the lack of training for such supervision. Sheriff Arpaio's, failure to adequately train and supervise subordingtes
   4. Sheriff Arpaio was aware that his actions or inactions posed a substantial risk of harm to Ad.seg. inmates (including myself).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   All the injury listed in counts 2,3,+4

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☑ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ☐ Made unavailable

# COUNT-1

1  5. I used the Jails Procedures to communi-
2  cate with sheriff Arpaio via one of his
3  Administrative sgt.'s About the conditions
4  of confinement here in Ad.seg. (P.c.) And
5  about the retaliation, that was I was
6  subjected to due to my trying to use
7  the grievance system.
8     6. Sheriff Arpaio's own comments, about
9  inmates in his Jails, his behavior and Practices
10  has created an environment amongst
11  his Detention officers. That the
12  constitutional rights of inmates come
13  secondary to the toughest sheriff in
14  America. That has been my belief
15  since my stay at MCSO Jails.
16    7. Sheriff Arpaio, was acting
17  under color of law at all times.
18
19
20
21
22
23
24
25
26
27                    3-A

**COUNT II**

1.   State the constitutional or other federal civil right that was violated: 1st 8th & 14th Amendment Rights

2.   **Count II.**   Identify the issue involved.   **Check only one.**   State additional issues in separate counts.
☐ Basic necessities             ☐ Mail                    ☐ Access to the court          ☐ Medical care
☐ Disciplinary proceedings   ☐ Property               ☐ Exercise of religion          ☒ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.**   State as briefly as possible the FACTS supporting Count II.   Describe exactly what **each Defendant** did or did not do that violated your rights.   State the facts clearly in your own words without citing legal authority or arguments.

1. Since about May, 2012. I was transported from the Arizona State Prison (ADOC) To the 4th Ave Jail, on other unrelated charges. In about August, 2013 I was classified to the Lower Buckeye Jail (LBJ)
2. Part of LBJ, the part that I was classified to is called Administrative Segregation. That is Protective Custody (PC)
3. Since May, 2012 I have not had one minor or Major Disciplinary Infraction. Nor have I been disrespectful or disruptive toward any staff member.
4. Although, some of the rank & file find me to be a nuisance due to my grievances and civil litigation Filing, toward staff and about conditions here at LBJ.
5. As a result of my grievance Filing and civil litigation sgt. Rosales, 81929, John/or Jane Doe Jail commander and other John and Jane Does of the classification (which is called SMURF) are certain unknown employees of MCSO, (LBJ) through their own action or inactions, have caused or assisted others in causing the incidents and resultant

4.   **Injury.**   State how you were injured by the actions or inactions of the Defendant(s).
Cruel and unusual punishment, sleep deprivation, Psychological and emotional distress, damage to a medically prescribed Machieh, for a serious life threating illness. Severe foot and head injuries,

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                     ☒ Yes   ☐ No
b.   Did you submit a request for administrative relief on Count II?                         ☒ Yes   ☐ No
c.   Did you appeal your request for relief on Count II to the highest level?              ☒ Yes   ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## COUNT-2

1  harm set forth below. Despite diligent efforts
2  by plaintiff, the identity of these individuals
3  has not yet been ascertained but is well
4  Known by Defendants. Plaintiff will amend
5  the complaint to allege the true names and
6  capacities of the various Doe as they are
7  learned. Through Discovery.
8     6. During the early morning hours on/about
9  December 4, 2015 Detention Officer #B2682
10  (grave yard shift) came to my cell while I
11  was sleep and woke me up, to threats ~
12  about my filing a grievance against him.
13    7. He left my cell only to have me
14  called-out, to the hallway minutes
15  later having me Placed in a holding
16  cell. He left the door open and stood
17  Partially in the door-way, (I was in
18  a wheel-chair) he stated, "why are
19  you always complaining about staff;
20  (other staff members was there listening
21  at least five to six) I was. the only inmate out
22  there at approx., 1:30 or 2:00 a.m. it
23  was intimidating.
24    8. I wrote to the Jail Commander about
25  the incident. During the late night on/or about
26  December 5th, 2015. A different grievance
27                    4-A

## COUNT - 2

1  that I had submitted through B#2682, was
2  thrown onto my cell floor, with an officier
3  stating, "you're A cry baby." He too, was
4  from the graveyard shift.
5    9. On December 7, 2015 My cellie Felix
6  German, (who had been placed in my cell
7  to assist me, with my medical issues by
8  sgt. Rosales) was moved out of my cell,
9  by sgt. Rosales. The pod officier, (Martinez)
10 who was told to come move German,
11 stated, "this is strange sgt. Rosales,
12 approved German to be moved in with
13 you, Derello. And he's the one now,
14 having him moved-out.(The aforementioned griev.was to sgt Rosales)
15   10. On December 9th, 2015 - I was told to
16 pack my property, that I was being
17 moved. So, I pressed the inter-com
18 button in my cell to inquire as to
19 why. When I was informed by the
20 officier, "that I had been reclassed
21 to close custody." I said, "it must be
22 a mistake I have not done nothing wrong."
23 the officier, stated, " you haven't given us
24 any problems, let me check into it." He
25 came back on the speaker, "Derello
26 Yeah, you must roll-up they have you
27              4-B

COUNT-2

1  going to close custody (cc). That he definately
2  do not understand, why."
3      11. Once my property was packed.
4  I was escorted to the staging area
5  (Intake) to await transport to 4th Ave.
6  Jail. (cc) one of the two escorting officers
7  B. Friday, stated; "Derello, Do you know why
8  you are going to cc.", No! I don't do you,
9  He said, "I do not know - but, could
10  it be due to all the grievances that you
11  submit," I asked, why: would you say
12  that, "you know how word spread
13  around," was Friday's response.
14      12. Sgt. Rosales, Jail commander, Smurf,
15  and anyother John / Jane Doe that
16  used retaliatory reason(s) knew or should
17  have known that the transfer would
18  interfere with my serious medical
19  condition that it would also, inflict pain and
20  unwonted suffering upon me. Because
21  of my sleep apnea and the need to use
22  my cPAP machine anytime I should fall
23  to sleep. They showed an indifference
24  to that and did not allow me any sort
25  of due process to contest the classification,
26  or transfer. I was not even given any
27                    8-C

## COUNT-2

1  advance notice for the hearing.

2    13. I did suffer from pain's psychological,

3  and emotional distress. From their retaliatory

4  transfer of me, by their deliberate

5  choice to place my life imperil. 'cause

6  I chose to exercise my first amendment

7  constitutional right. That transfer Amounted to Punishment.

8    14. Its my opinion that any/all

9  policy, custom, procedure, regulation,

10  or statue that allow a transfer of

11  any pretrial Detainee that doesn't enforce a

12  Due process clause, should be changed.

13    15. Their having the transferred did not

14  further any legitimate penological interest

15  in maintaining the LBJ facility as it does

16  show the Administrative Malfeasance's of

17  an administration that function with impunity.

18  Defendants/others idue to their retaliatory transfer caused damage to my property.

19    16. Due to the problem of entrenched Cronyism that

20  permeates the LBJ facility has made it difficult

21  for me so far, to ascertain the other names of Doe

22  responsible partys. I intend to use subpoena

23  duces tecum/discovery if the court permits inorder

24  to get the names of all John/Jane Does involved.

25    17. All Defendants at all times acted under

26  color of law.

27                    4-D

**COUNT III**

1. State the constitutional or other federal civil right that was violated: _5th/8th/14th_

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☒ Other: _Conditions of Confinement_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. The conditions of Confinement at the MCSO Lower Buckeye Jail, (LBJ) are cruel and unusual punishment against Pretrial Detainees in Protective Custody. (P.C.) (I, and German included)
   2. Protective Custody here at LBJ is referred to as Ad.seg. And its function by Policy, Custom, or Practice inflicts harsh Punishments and Mental anguish with deliberate indifference.
   3. I am held in Ad.seg. Primarily do to my disability, (severe sleep apnea) that require that I use a CPAP device.
   4. German is in Ad.seg. Primarily for safety reasons only, and due to that need as a young man of 20 years, old. He is being denied of education by trying to Procure his GED. Its not offered to Ad.seg. Inmates.
   5. I, with my disability cannot use or keep my CPAP device 24 hours a day in General Population. Due to Policy, and availability. But, I can use it 24hrs. a day in Ad.seg. Even though, General Population (G.P.) and Ad.seg., are both part of

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _Physical Pain, stress, and Psychological distress._

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Made unavailable to me._

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## COUNT-3

1. MCSO. And sheriff Joe Arpaio, and John/Jane
2. Doe #/, and
3. Arpaio and the 4th Ave Jail commander are responsible
4. For the 4th Ave. Jail not being equip to accomodate
5. Pretrial Detainees with the disability of
6. severe sleep apnea — that must use a CPAP
7. device whenever they fall asleep. "such as
8. myself."
9.   6. I have been denied the liberties, Privileges,
10. and rights of G.P., due to Placement in ad. seg.
11. to facilitate my disability, since 2013. And
12. Joe Arpaio and the 4th Ave. Jail commander
13. has made a deliberate choice to be
14. indifferent toward that disability.
15. And by them doing so, I have been compelled.
16. to suffer the Punitive Punishments of ad.
17. seg. (P.C.)
18.   7. Joe Arpaio and the LBJ commander are
19. responsiable for the conditions of confine-
20. ment in the LBJ Facility. Due to their Policies,
21. customs, or Practices even to the extent
22. of rules & Regulations, By their lack of
23. supervision/lack of training of staff. And their out
24. right imperviousness to the treatment
25. of Inmates Placed in Ad. seg. (P.C.)
26. The over crowding of the LBJ Jail has
27.        5-A

# COUNT-3

1   helped create an environment of hostility

2   with volatile, repercussions. Covered up to safeguard

3   their vested interest in Graves v. ArPaio. The Ad.seg.(P.C.) is over-run with

4   those needing Protection and mental issues.

5      Due to the overcrowding here at LBJ Ad.

6   seg.(P.C.) Mental health and Protective custody

7   inmates aren't only housed in the same area

8   but, are forced to live together until they

9   fight are one make the accusation of

10  Area issues. Since Many of the Mental

11  health has Protective issues, largely

12  cause of their instability to function

13  in general Population. And since there's no other

14  Place for their housing, that overflow of mental health

15  end-up in Ad.seg  (P.C.) housing, in the

16  cell with Protective Custody inmates

17  for 23 hours a day. I was hit twice in

18  the face by two different individuals

19  that clearly had mental problems while

20  here in the ad.seg,(P.C.). once with a fist

21  the other time by the throwing of oranges.

22  cause LBJ Ad.seg.(P.C.) inspite of the

23  assaults through the traps won't secure

24  them like those in Max 4th Ave. General Population.

25  And to complain one is outed by officers, to other inmates.

26     #8 That's why Many of the Detention

27                 5-B

# COUNT-3

1  Staff call Ad.Seg. Inmates Pieces of
2  Shit, or Cowards. When a Detention officer,
3  or Sgt. become irritated by and inmate's
4  complaint their quick to say, "if you don't
5  like it here, go back to G.P." I have heard
6  that expression many times.
7     9. German or I, along with many other inmates
8  have never eaten a hot or warm meal here
9  in ad.seg., at LBJ. But, they do in G.P. to our knowledge.
10     10. The food cart that the food trays are
11  carried in are not equipped to be plugged-in;
12  There's many times that the food cart have set
13  out in the hall-way far long Periods of time. And that's
14  only after it reaches the second floor
15  where Ad.seg. is. How long Prior to coming-up is another issue.
16     11. That's in-contrast to the time I spent
17  in G.P. at 4th Ave. Jail. The meals were often
18  served at least warm to hot.
19     12. MCSO Jails serve a sack for breakfast,
20  no lunch, so the only opportunity for a
21  warm or hot meal is Dinner. And it's Not
22  to happen. The risk for harmful bacteria, or
23  serious food-borne illness is great. Which
24  I believe affected me. (on/or November 19, 2015)
25     13. The way the food trays stack in the
26  cart a Person must reach in to grab the
27                    5-C

COUNT-3

1  trays. which mean their leaning over the
2  food. without wearing hair nets, and
3  there's been many occassions officers, or
4  inmates serving the trays have sneezed
5  or coughed while leaning into the cart
6  to pull out trays.
7     14. Many times the meals are served Just
8  by random inmates, without being accompanied
9  by an officer. Not A trustee, but any random (p.c.)
10  inmate. Once a Person lean's into that cart
11  to retrieve a tray-that server Know's
12  who's to receive that tray. Providing an
13  opportunity to spit, are drop any other perversion
14  from some server-when theres no officer, its been objects in the
15  food of those they have ill-will for."
16  The officer doesn't make sure that the
17  inmate is Medically Cleared are Mentally
18  stabled to be handling the food. esp, without an
19  Officer present (examples: a fortunate) Officers in G.P. serving dinner to inmates
20  would not allow for such practice cause they knew
21  the Inmates would not tolerate it. But, in
22  P.C., when you complain-the officer dont mine telling
23  us to file a grievance. You all think grievances work, see
24  how far it goes (they're futile). Many times German & I
25  have not eaten Dinner cause thought otherwise
26  after taking a bit are thinking it's been
27                           5-D

## CounT-3'

1. tampered with. Do to tampering by the Sever.
2.   15. ∠BJ have at least to German and
3. my knowledge has Juveniles on the third
4. floor (Part of) that have Day room
5. time for 8 hours, or more. There's some
6. G.P.'s on believed 3rd & 1st floors (Part of)
7. that have Day room time for 8 hours, or
8. more. There's some Noc (sex offenders)
9. on the 1st floor (part of) They're out
10. all day. And there's P-3's (Something to
11. do with certain level of mental health
12. inmates on the 1st floor (part of) they
13. have day room time 8 hours or, more.
14. (Day Room time consist of either All
15. inmates in a Pod. A Pod roughly holds
16. approx. 72 inmates' or about half
17. at a time.) However, The Ad., seg. All on
18. the second floor T23 and T24 Only get to
19. come out for Day room time, for One hour.
20.   16. where the Juveniles, G.P., Noc, and
21. P-3's Get to enjoy many hours of T.V.,
22. recreational activities, i.e. to Play cards,
23. Dominoes, etc., given Plenty time to make
24. Phone calls to their love ones to help discuss
25. and communicate with. To try and
26. make legal calls, to clean their cells.
27.                 5-E

# COUNT-3

1  17. Ad, seg. are required to do all of that
2  in one hour. Very seldom do you see any
3  recreational activity. We have only that
4  hour to shower, clean the Cell, and try to
5  make legal for family calls. should we have
6  Court, Medical, Visit, etc. During that hour
7  our we're burnt, we come out at least eight
8  at a time. (Its only six showers and five
9  Phones, one mop & broom thats interchangeable
10 for the one handle) So, that one hour goes fast
11 waiting on turns of opportunity. That's
12 oftentimes are cut down to 45 min's or
13 least at the discreation of the tower
14 Officer. The discrimination is cause we're Ad. seg., (P.C.)
15   18. Exercise is for one hour of standing
16 Around. we're not given any exercise
17 equipment, even though there's a basketball
18 rim, we're not allowed a ball. The rules
19 and regulations tout to equipment but
20 none is given.
21   19. we cannot even use that one hour
22 for recreational activity cause we
23 are not Permitted to take NO cards,
24 chess/checker sets, or dominoes out
25 with us., In fact we can only take
26 Prescription eye glasses, I.D. Braclet, and if
27                    5-F

# COUNT-3

1. approved water. They do not Provide
2. water/restrooms at rec, nor restroom breaks.
3. Being out there in My wheel chair I had
4. to urinate on myself twice, cause I
5. could not get let in from rec.
6.    20. Other inmates urinate on the ground,
7. vomit, throw trash, spit, there's dirt and
8. Filthy, we only change clothes once a week,
9. but we're expected to set on the ground
10. or do push-ups. When a towel is tried
11. to be taken to rec., to sit on or Place
12. our hands on for push-up's its not
13. allowed. When German and I, was in
14. G.P. Officers allowed towels and rec.,
15. games to rec. And they would allow restroom
16. breaks/water refills. They allow at least
17. eight out at a time, to the smaller Part of
18. the rec. Pen. Most often I have refused the
19. outdoor exercise time, especially after urinating
20. on myself.
21.    21. Mental health inmates no matter how
22. Psychotic that would not be Placed in G.P.
23. are constantly Placed in a double man
24. cell in a.d. seg. (P.C.) and the choice to
25. have them for a cellie is None. IF one are
26. the other try to Move Staff Force the

S-G

# Count-3

1. housing. Cellie assaults run rampant in Ad., seg. (P.C.)
2. There's been many occassions to the amusement
3. of officers. The mental health inmate vary from
4. the more psychotic, to SmI, Rule 11, taking of psych
5. meds, or waiting for Desert visita Pick-ups.
6.   22. German & I, neither one of us take psych
7. Drugs, SmI, Rule 11, Waiting for Desert Visita, nor psychotic
8. but have been subjected to late night screams, loud
9. banging, and other psychotic out burst. That we're ex-
10. pected to endure. However, if one officer is the subject of
11. insults, then the entire pod is locked down for 24 hours
12. to days or weeks. i.e, No store, hour out for Day room, rec,
13. Phones, or Showers. This Policy, custom or practice by staff
14. that we must police one another, are be subjected to
15. restriction is a form of disciplne and punishment. And we're
16. barred from grieving it. If the detention staff are not trained to
17. handle mental health issues how does that burden then shift
18. to inmates. They treat Ad. seg. (P.C) as a mental health sub-
19. unit.
20.   23. On April 2, 2014 Douglas W. Walker was killed by a
21. cellie, who clearly had mental issues. Douglas begged staff
22. to move him hours prior but they refused to. cellies are given
23. not based on security, but convenience.
24.   24. Although theres many os examples these are two recent
25. ones that tape footage should still exist for. About 4 to 5 weeks
26. ago, Hersi Gelleh came back from court seeming mentally
27. disturbed a couple inmates informed staff one of which stated
28.

# Count -3

1  So, what; I am busy. when all of the other inmates from Hersis's
2  hour out (Day room) were locked in their cells. Hersis stayed out,
3  the officer never paid attention and Hersis claimed to the very top
4  rail up-stairs threatening to Jump. Inmates started yelling
5  and pleading with him not to Jump. Others were pushing the
6  inter-com botton in their cells trying to get the officer's attention
7  for help that took what seem like minutes. Then they pulled tasers
8  on him, while cussing him so, inmates got louder begging him
9  to please come down. And he did.
10  25. On 2-21-16 between 1:30-2:00 a.m. Christoper M.terry
11  was laying in the middle of the day room Floor hollering & Screaming
12  threatening suicide when I woke-up, I wondered how and why,
13  would the officer open his door For this. The tape will Show
14  Just how long the tower officer allowed that to go on.
15  26. They Claim cause this is Ad.seg, we're locked down cause
16  we're P.C. And cannot inter-miga, with others outside of the day
17  room group that we're in. On February 21, 2016. Is a classic Ex-
18  ample that dispel that theory. During approx. 10:30 pm. during rec.
19  they allowed two different day room groups, out. At the sametime.
20  That's totally against regulations and/or Policy, but its the norm.
21  On october 30th 2015 the tower officer allowed cells 34,35, and 36 out
22  of there cells For day room. But, he opened the rec.door so, that the
23  white inmates could Jump-on a puerto rican inmate. (covered-up).
24  27. On 2-20-16 they brung Efrain R.Palacio From Psych and
25  placed him in the cell with German. Again, inmates tried to inform
26  officer Graf, that Palacio was Known to have mental issues why
27  would he move him in the cell with German, and

S-I

# Count -3

1. Graf Stated, he's not gonna move him
2. and, he better not have to do any paper-
3. work on his shift. On 2-22-16, Polacio
4. threaten bodily Harm to German he pleaded
5. with the pod officer, Who spoke with
6. Palacio and immediately realized there
7. was a problem and the officer told German to come
8. out of the cell So, he could move palacio.
9.   27. We're Inmates, Pretrial Detainees
10. not Doctors or Psychologist. Nor, are
11. we security So, for staff to place the
12. onus on us to perform such task are to be
13. Punished, Simply cause we cannot fulfill that task. that's
14. an antiquated Penological ideology. None of this type
15. of staff activity goes on in G.P., At least not with
16. the regularity as in Ad. seg. (P.C.) We have no Equal
17. protection. The Ad. seg. (P.C.) 30 day classification check is a sham.
18.   28. Instead of being simarily situated
19. we're being treated different. Its as though we're
20. being treated as guinea pigs in a wierd Jail
21. house experiment. with out any Penological
22. objective. In G.P. (Max) there's
23. regular killings, stabbings, Serious physical
24. assaults, compromising staff, and riots.
25.   29. However, They still get long hours out
26. for dayroom. Cause we're Ad.seg., (P.C.) we
27.              5-J

## COUNT-3

1. Must suffer from the Psychological
2. harm of being housed among the mentally
3. ill; The brutality of a 23 hour lock-down,
4. without any means for a more productive
5. setting. The conditions of confinement in
6. ad. seg., are significantly more restrictive
7. than those in the general Population. And its
8. long term — I been here basically since August
9. 2013. And German since January 6, 2015.
10. There's others that have five years, or more.
11.    30. The grievance Procedure begs for the
12. scrutiny from the Department of Justice.
13. It's as though many of the Ad. seg., staff
14. attend a seminar on how to circumvent an
15. inmates successful completion of the grievance Process.
16.    31. Getting to see or speak with a sgt., is hard
17. to do. There's literally weeks to months
18. that'll pass without a sgt., or supervisor
19. over Detention to walk through on rounds
20. to address issues of concern.
21. And on the rare occassion that one does, walk,
22. and an inmate call's to him — The response
23. be so chilling, the tone for the conversation
24. is argumentative. Security & problem solving or
25. being troubleshooters, has given way to the Detention officers
26. easy accessibility to use the internet. (and seargents)
27.        5-K

## COUNT-3

1  32. Another Part of the over crowding Problem at LBJ

2  is Dental. Both German and Myself have suffered

3  excruciating Pain due to dental Problems. We both have

4  submitted emergency HNRs.

5  33. German submitted one about two Months ago,

6  and still has been Called by dental.

7  34. I have submitted Emergency HNR's and grievances

8  to dental since Nov., 2015 and at least January, 2016.

9  That either took weeks for dental to act on the

10  HNR'S. Even after being notified by Medical of

11  the seriousness.

12  35. I have even had grievances go unanswered

13  for months from dental. German and I, have suffered

14  from Pain and suffering do to the Indifference by

15  dental to our Pain and suffering do in Part to the

16  over crowding. whereby, the dentist and helpers

17  have stated, "You must wait cause there's to

18  Many inmates."

19  36. Arpaio has been Made aware of the dental

20  and Mental health Problems through Graves V.

21  Arpaio. And by My Inmate Request Forms. He Never

22  addressed My concerns. And apparently the issues

23  in Graves V. Arpaio either.

24  37. Arpaio, John/Jane Doe #1, and any/all other

25  Unknown Doe at all times acted under

26  Color of law.

27  5-L

COUNT-4

Medical:                    Deliberate Indifference to A Serious Medical Problem.

1. On December 10, 2015, I arrived to 4th Ave. Jail, from the Lower Buckeye Jail (LBJ).

2. I entered the 4th Ave. Jail with a CPAP device that I must use for my disability of Sleep apnea, a serious medical condition.

3. I have been medically proscribed a CPAP device since 2007, due to my severe sleep apnea. That was diagnosis due to a qualified sleep study test at St. Mary's hospital.

4. I have been at the MCSO Jails basically since May, 2012. Between 4th Ave. Jail and LBJ.

5. I had been at LBJ since about August, 2013. I had only left for a short period of time back to the Prison (ADOC) in October 2014, until February, 2015. The only other time I left LBJ, was on December 10, 2015 when I was reclassed to 4th Ave. Jail close custody, (cc).

6. Through a grievance that I filed whereby dist'll water was allowed for my use, even though it was contrary to CHS Policy, and **Practice.** (Grievance # 14-06631) And I am to receive it bi-weekly.

7. Despite that grievance being shown to CH719 at 4th Ave. Jail. the Provider, (Pamela S.

5-M

## COUNT - 4

conn) and other Medical staff interfered with/denied Me, any distill water, In fact, that delay led to further injury. From December 10, 2015 - December 31, 2015 Pamela S. conn, CH718, and other John/Jane Does, with Indifference denied Me, a Medically Proscribed treatment. Cause they made a deliberate choice, to follow a Policy, Custom, or Practice that caused Me Pain/Suffering. That they knew are should have known would. That deliberate Indifference could have caused demise.

8. Due to Policy, Custom, or Practice I was Denied by Correctional Health Service workers access to distill water that they knew or should have known by a number of ways that was Medically (cHS) available.

9. Pamela S. conn, CH718, Joe Arpaio, sgt Oakley, and unknown others interferred/delayed the use of my CPap machine that was medically Proscribed to Me, for a serious Medical treatment, sleep apnea.

10. I am to use My CPap machine anytime that I fall asleep, to not use the CPap Machine Place's My life in Peril of death.

11. Medical allows Arpaio/Policies, sgt Oakley, or security to dictate/trumple upon a serious disabilities and they act in Concert to deny, delay, or interfere with a Medically Proscribed treatment. The Policy, Practice, or custom that allows such infliction and unwonton Pain and stuffering to occur

5 - N

## COUNT-4

1. should be charged.
2. 12. By Pamela S. conn, CH718, and other John/
3. Jane Does) having complete access to a
4. system that electronically links medical
5. information between LBJ and 4th Ave. Jails,
6. and other available information being
7. readily accessible to them, shows that
8. their actions/or Inactions was deliberate
9. Indifference to my serious medical need.
10. 13. At all times Pamela S. conn, CH718,
11. John/Jane Does was acting under color
12. of law.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

5-0

## E.  REQUEST FOR RELIEF

State the relief you are seeking:

Plaintiffs' respectfully pray that this court enter an order: 1. Issuing declaratory relief declaring that the acts and omissions of the defendants have violated Plaintiff's rights, and stating the defendants' duties with respect to those rights. 2. Issuing injunctive relief commanding the defendants in count-3 of this complaint to (1) allow Ad.seg. the same liberties as other pretrial detainees and (2) bring all other aspects in compliance to Federal/constitutional standards.


I declare under penalty of perjury that the foregoing is true and correct. Douglas W. Derillo

Executed on **March 3, 2016**
_____                    _____
DATE                                         SIGNATURE OF PLAINTIFF


_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)


_____
(Signature of attorney, if any)
_____
_____
_____
(Attorney's address & telephone number)


## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# REQUEST FOR RELIEF

3. Awarding Plaintiff compensatory, Punitive, and/or nominal damages against each defendant Jointly and severally. In an amount as yet to be deduced from the evidence, but in no event in an amount less than $150,000.00; and

4. Any other relief that this Court may deem Just an proper.

5. Trial by Jury is hereby demanded on all claims alleged herein, and the Parties are hereby given notice, Pursuant to Fed. R. Civ. P. 38(a) -(c).

Respectfully submitted this 29th day of February, 2016

6-A

## VERIFICATION

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at __Phoenix__     __AZ__   on __March 3rd, 2016__
                CITY          STATE        DATE

Signature(s)

__Douglas W. Derello__
Douglas W. Derello

__Felix V. German Jr__
Felix V. German Jr

7